IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS BANK, successor in interest by merger to REPUBLIC BANK, f/k/a REPUBLIC SAVINGS BANK, | ) ) ) ) | CASE NO. 5:09-cv-87<br><br>JUDGE SARA LIOI |
| Plaintiff, | ) ) | MAGISTRATE JUDGE LIMBERT |
| v. | ) ) | |
| AURORA ROAD DEVELOPMENT, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

The Court has entered the Consent Judgment Entry and Decree of Foreclosure (Docket # 22) (the "Judgment").  Accordingly, this action is terminated.  The Court retains jurisdiction to take all steps necessary to implement the Judgment in accordance with the Court's Sixth Amended General Order No. 2006-16.

IT IS SO ORDERED.

August 25, 2009
Date

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**